# Court of Appeals
# of the State of Georgia

**ATLANTA,** June 03, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1650. ANDREW W. BELL v. KARLI SWIFT et al.**

In January 2025, the trial court dismissed Andrew Bell's petition to contest election results involving a county commissioner race. Bell filed a timely application for discretionary review in the Supreme Court of Georgia, which transferred the matter to this Court. See Case No. S25D0637 (Feb. 13, 2025). On March 26, 2025, we granted Bell's application. See Case No. A25D0316 (Mar. 26, 2025). In our order, we informed Bell that he had ten days within which to file a notice of appeal. See OCGA § 5-6-35 (g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law.").[1] Bell filed his notice of appeal 16 days later on April 11, 2025. Defendant Karli Swift and several other defendants, who are county election officials, now have filed a motion to dismiss the appeal, asserting that it is untimely. We agree.

"The proper and timely filing of the notice of appeal is an absolute requirement to confer appellate jurisdiction upon this court." *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Bell filed his notice of appeal 16 days after this Court's order granting his application, his appeal is untimely, and we lack jurisdiction.

---

[1] Contrary to the assertions in Bell's notice of appeal that he did not receive a communication regarding the March 26, 2025 order, this Court has verified that this order was sent successfully on March 26, 2025, to the email address which Bell provided to this Court.

Accordingly, we GRANT defendants' motion to dismiss and hereby DISMISS this appeal. See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___06/03/2025_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*